IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

CHERIE CLARK MANNING,            *
                                 *
   Plaintiff,                    *
                                 *
v.                               *   CV 321-060
                                 *
PARALLON BUSINESS SOLUTIONS,     *
LLC, d/b/a MEDICREDIT,           *
                                 *
   Defendant.                    *

O R D E R

Presently before the Court is Plaintiff's Notice of Voluntary Dismissal, which has been filed prior to Defendant serving an answer or a motion for summary judgment. Accordingly, dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE